McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Jonathan W. Carlson
Nevada Bar No. 10536
*jonathan.carlson@mccormickbarstow.com*
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone:     (702) 949-1100
Facsimile:      (702) 949-1101

Attorneys for New York Marine and General Insurance Company

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NEW YORK MARINE AND GENERAL INSURANCE COMPANY, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>PENSKE TRUCK LEASING CANADA INC., a foreign corporation; DOES I – X, ROE business entities XI through XX, inclusive,<br><br>Defendants. | Case No. 2:19-cv-00031<br><br>**CERTIFICATE OF INTERESTED PARTIES** |

TO THE CLERK OF THE UNITED STATES DISTRICT COURT, DISTRICT OF NEVADA:

PLEASE TAKE NOTICE that on behalf of Plaintiff New York Marine and General Insurance Company, the undersigned, counsel of record for said Plaintiff, certifies pursuant to L.R. 7.1-1 that the following listed parties have a pecuniary interest in the outcome of this case.  These representation are made to enable the Court to evaluate possible disqualification or recusal:

New York Marine and General Insurance Company discloses that it is a direct, wholly-owned subsidiary ProSight Specialty Insurance Group, Inc., which itself is a direct, wholly-owned subsidiary of ProSight Global, Inc., which itself is a direct, wholly-owned subsidiary of ProSight Global Holdings Limited.

/ / /

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
8337 W. Sunset Rd Suite 350
Las Vegas, NV 89113

2:19-cv-00031

CERTIFICATE OF INTERESTED PARTIES

Other than the parties, Plaintiff is not aware of any other person or entity with a possible direct interest in the outcome of this litigation.

DATED this 4th day of January, 2019

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP


By      /s/ *Jonathan W. Carlson*
    Jonathan W. Carlson
    Nevada Bar No. 10536
    8337 West Sunset Road, Suite 350
    Las Vegas, Nevada 89113
    Tel. (702) 949-1100

    Attorneys for New York Marine and General Insurance Company

5569534.1