**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

NEW YORK MARINE COMPANY AND
GENERAL INSURANCE COMPANY, a
Delaware corporation,

        Plaintiff(s),

vs.

PENSKE TRUCK LEASING COMPANY,
L.P., a foreign corporation; DOES I - X,
ROE business entities XI through XX, inclus

        Defendant(s).

Case #2:19-cv-00031-MMD-EJY

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Robert H. Houske_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

Foland, Wickens, Roper, Hofer & Crawford PC
(firm name)

with offices at _____1200 Main Street, 22nd Floor_____,
(street address)

_____Kansas City_____, _____Missouri_____, _____64105_____,
(city)                                    (state)                              (zip code)

_____(816) 471-4720_____, _____rhouske@fwpclaw.com_____.
(area code + telephone number)           (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

Defendant, Penske Truck Leasing Company, LP to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since <u>October 13, 1989</u>, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of <u>Missouri</u>
(state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Missouri (State & Fed, Northern Dist, Eastern MO cont. Dist, Ct. of Appeals, Supreme Ct.) | October 13, 1989 | 36550 |
| Kansas (State & Fed, Court of Appeals) | April 26, 1990 | 14411 |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

(State "none" if Petitioner has no disciplinary proceedings, etc.)  None.

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

(State "none" if Petitioner has never been denied admission.) None.

7. That Petitioner is a member of good standing in the following Bar Associations.

(State "none" if Petitioner is not a member of other Bar Associations.) Missouri and Kansas

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

      That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

                                                               /s/ Robert H. Houske
                                                                   Petitioner's signature

STATE OF    Missouri   )
                                 )
COUNTY OF    Jackson   )

          Robert H. Houske   , Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

                                                                /s/ Robert H. Houske
                                                                  Petitioner's signature

Subscribed and sworn to before me this

   8th   day of    November   ,    2019   .

   /s/ Peggy Noga   
Notary Public or Clerk of Court

PEGGY NOGA
My Commission Expires
June 7, 2023
Jackson County
Commission #15424005

### DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

      Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate    Michael C. Hetey   ,
                                                                            (name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

                                      1100 East Bridger                             ,
                                              (street address)

   Las Vegas   ,    Nevada   ,    89101   ,
    (city)               (state)         (zip code)

   (702) 366-0622   ,    mch@thorndal.com   .
(area code + telephone number)   (Email address)

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) ____Michael C. Hetey____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Kresten Hansen II    Litigation Claims Examiner
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

5668                    mch@thorndal.com
Bar number              Email address

APPROVED:

Dated: this 26th day of November, 20 19.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

## *The Supreme Court of Missouri*



## *Certificate of Admission as an Attorney at Law*

I, Betsy AuBuchon, Clerk of the Supreme Court of Missouri, do hereby certify that the records of this office show that on 10/13/1989,

## *Robert Harold Houske*

was duly admitted and licensed to practice as an Attorney and Counselor at Law in the Supreme Court of Missouri and all courts of record in this state, and is, on the date indicated below, a member in good standing of this Bar.

IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of the Supreme Court of Missouri at my office in Jefferson City, Missouri, this 17th day of October, 2019.

Clerk of the Supreme Court of Missouri

# The Supreme Court of Kansas



## Certificate of Good Standing

I, **Douglas T. Shima**, Clerk of the Supreme Court of the State of Kansas, do hereby certify that the Supreme Court of Kansas is the highest court of law, and the court of last resort within the State of Kansas, and has exclusive jurisdiction over and control of the admission of applicants to the bar of this state.

I do further certify that on April 26, 1990,

### Robert Harold Houske

was duly admitted to practice as an attorney and counselor of the Supreme Court and all other courts of the State of Kansas and is, on the date indicated below, a member in good standing of the Kansas Bar.

Witness my hand and the seal of the Supreme Court, hereto affixed at my office in Topeka, Kansas, this 11th day of October, 2019.

**Active Status**

*Douglas T. Shima*
_____
*Clerk of the Supreme Court of Kansas*