MICHAEL C. HETEY, ESQ.
Nevada Bar No. 5668
PHILIP GOODHART
Nevada Bar No. 5332
HAROLD J. ROSENTHAL, ESQ.
Nevada Bar No. 10208
THORNDAL ARMSTRONG DELK
BALKENBUSH & EISINGER
1100 East Bridger Avenue
Las Vegas, NV 89101-5315
  Mail To:
  P.O. Box 2070
  Las Vegas, NV 89125-2070
Tel.: (702) 366-0622
Fax: (702) 366-0327
mch@thorndal.com
png@thorndal.com
hjr@thorndal.com

and

SCOTT D. HOFER     *Pro Hac Vice*
ROBERT H. HOUSKE     *Pro Hac Vice*
1200 Main Street, Suite 2200
Kansas City, Missouri 64105
Telephone: 816.472.7474
Facsimile: 816.472.6262
Email: shofer@fwpclaw.com
Email: rhouske@fwpclaw.com

Attorneys for Defendant, PENSKE
TRUCK LEASING COMPANY, L.P.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NEW YORK MARINE AND GENERAL INSURANCE COMPANY, a Delaware corporation,<br><br>     Plaintiff,<br><br>vs.<br><br>PENSKE TRUCK LEASING, L.P., a foreign corporation; DOES I – X, ROE business entities XI through XX, inclusive,<br><br>     Defendants. | CASE NO. 2:19-cv-00031<br><br>**STIPULATION AND ORDER TO MOVE DISPOSITIVE MOTION DEADLINE** |

## STIPULATION AND ORDER TO MOVE DISPOSITIVE MOTION DEADLINE

WHEREAS, the current deadline to file responses to both Defendant Penske Truck Leasing and Plaintiff New York Marine and General Insurance Company's Motions for Summary Judgment is February 20, 2020. Due to an illness on the part of Defense Counsel, Plaintiff has agreed to stipulate to move the deadline on each parties response to February 27, 2020.

| | |
|---|---|
| DATED this 19th day of February, 2020<br>**THORNDAL ARMSTRONG DELK BALKENBUSH & EISINGER** | DATED this 19th day of February, 2020<br>**MCCORMICK, BARSTOW SHEPPARD, WAYTE & CARRUTH LLP** |
| By: */s/ Harry Rosenthal*<br>   MICHAEL C. HETEY, ESQ.<br>   PHILIP GOODHART, ESQ.<br>   HAROLD J. ROSENTHAL, ESQ.<br>   1100 Bridger Avenue<br>   Las Vegas, Nevada 89101<br>   Attorneys for PENSKE TRUCK LEASING COMPANY, L.P. | By: */s/ Jonathan Carlson*<br>   JONATHAN W. CARLSON, ESQ.<br>   MEREDITH L. HOMES, ESQ.<br>   KRYSTINA M. BUTCHART, ESQ.<br>   650 White Drive, Suite 100<br>   Las Vegas, NV 89113<br>   Attorneys for PLAINTIFF |

DATED this 19th day of February, 2020
**FOLAND, WICKENS, ROPER, HOFER, & CRAWFORD, P.C.**

By: /s/ Robert Houske
   SCOTT D. HOFER          *Pro Hac Vice*
   ROBERT H. HOUSKE     *Pro Hac Vice*
   1200 Main Street, Suite 2200
   Kansas City, Missouri 64105
   Attorneys for PENSKE TRUCK
   LEASING COMPANY, L.P.

*NEW YORK MARINE AND GENERAL INSURANCE COMPANY v. PENSKE TRUCK LEASING, L.P.*
*Case No. 2:19-cv-00031*

**ORDER**

IT IS SO ORDERED that the deadline for responses to both Motions for Summary Judgment is February 27, 2020.

_____
UNITED STATES DISTRICT JUDGE

DATED: February 25, 2020

Respectfully submitted,

THORNDAL ARMSTRONG DELK
BALKENBUSH & EISINGER

*/s/ Harry Rosenthal*
MICHAEL C. HETEY, ESQ.
Nevada Bar No. 5668
PHILIP GOODHART
Nevada Bar No. 5332
HAROLD J. ROSENTHAL, ESQ.
Nevada Bar No. 20108
1100 East Bridger Avenue
Las Vegas, Nevada 89101

and

FOLAND, WICKENS, ROPER, HOFER,
& CRAWFORD, P.C.

*/s/ Robert H. Houske*
SCOTT D. HOFER           *Pro Hac Vice*
ROBERT H. HOUSKE         *Pro Hac Vice*
1200 Main Street, Suite 2200
Kansas City, Missouri 64105

Attorneys for Defendant, PENSKE TRUCK LEASING COMPANY, L.P.